1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   KATHLEEN P.,[1]                                Case No. SACV 24-0236 MRA (RAO)

12              Plaintiff,

13        v.                                        **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14   MARTIN J. O'MALLEY,
     Commissioner of Social Security,

15              Defendant.

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the

19   other records and files herein, and the Report and Recommendation of United States

20   Magistrate Judge ("Report").  The deadline for filing objections to the Report has

21   passed, and no objections have been filed.  Accordingly, the Court hereby accepts

22   and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

     ///

23   ///

24   ///

25   ///

26   _____

27   [1] Partially redacted in compliance with Fed. R. Civ. P. 5.2(c)(2)(B) and the

28   recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1        IT IS ORDERED that the decision of the Commissioner of Social Security is

2    REVERSED and the matter is REMANDED to the agency for further proceedings.

3

4

5    DATED: September 29, 2024

                                MÓNICA RAMÍREZ ALMADANI

6                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28