JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN P.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br> Defendant. | Case No. SACV 24-0236 MRA (RAO) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED to the agency for further proceedings.

DATED: September 29, 2024

_____
MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.