# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen P., <br><br> Plaintiff, <br><br> v. <br><br> Martin O'Malley, Commissioner of Social Security, <br><br> Defendant. | Case No.: 8:24-cv-00236-MRA-RAO <br><br> **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00 and $405.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: 10/30/2024

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE